UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Justin Eric Shaffer,

    Plaintiff

v.

Daryl Bloom, Carlo Marchioli, John C. Gurganus, Amber Porter Wilson, Adam Ives, John L. Richards, Aaron Meyer, and Paul Downey,

    Defendants,

CIVIL ACTION NO. 1:23-cv-676

(JUDGE MANNION)

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) The Report and Recommendation of Magistrate Judge Saporito, **(Doc. 43)**, is **ADOPTED** as the decision of the court.

(2) Plaintiff's Objections to the Report, **(Doc. 44)**, are **OVERRULED**.

(3) Defendants' motions to dismiss, **(Doc. 20; Doc. 28)**, are **GRANTED**.

(4) Plaintiff's Amended Complaint, **(Doc. 8)**, is **DISMISSED** without leave to amend.

- 2 -

**(5)** Plaintiff's motion to issue a subpoena, **(Doc. 45)**, is **DISMISSED** as moot.

**(6)** The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
MALACHY E. MANNION
United States District Judge

**DATE: March 1, 2024**
23-676-01-ORDER